# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4383
_____

MUHAMMAD MORRIS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

February 8, 2019


PER CURIAM.

   AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Muhammad Morris, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.